UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LI LI, et al.,

                              Plaintiffs,

          v.

MARKWAYNE MULLIN,
*Secretary of DHS*, et al.,

                              Defendants.
-------------------------------------------------------------------x

So Ordered:

7/8/2026

**STIPULATION OF
DISMISSAL
<u>WITH PREJUDICE</u>**

Civil Action No.
26-cv-1874

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to <u>Fed. R. Civ. P. 41(a)(1)(A)(ii)</u>, with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
      July 7 , 2026

LAW OFFICES OF GUANG JUN GAO, ESQ.
*Counsel for Plaintiff*
36-44 Main Street, 3rd Fl.
Flushing, NY 11354

By:    /s/ Mike Pan Gao
          Mike Pan Gao, Esq.
          (718) 321-1822
          contact@lawfirmgao.com

Dated: Brooklyn, New York
      July 7 , 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: _____
          Nathan Shi
          Assistant U.S. Attorney
          (718) 254-6013
          nathan.shi@usdoj.gov